UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MYKAYLA FAGNANI, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

THE BRICK ARMORY GROUP LLC,

        Defendant.

------------------------------------- x

No.: 1:22-cv-10579

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, THE BRICK ARMORY GROUP LLC, with prejudice and without fees and costs.

Dated: New York, New York
       January 20, 2023

                                        **GOTTLIEB & ASSOCIATES**

                                        */s/Michael A. LaBollita, Esq.*

                                        Michael A. LaBollita, Esq., (ML-9985)
                                        150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                        Fax: (212) 982-6284
                                        Michael@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

SO ORDERED:

*/s/ Jennifer Rochon*
_____
United States District Court Judge

Dated: January 23, 2023
       New York, New York